IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BARBARA A. ZELLARS, | |
| Plaintiff, | |
| VS. | CIVIL ACTION FILE NO. 3:07-CV-23 (CDL) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## RECOMMENDATION

Presently pending in this Social Security appeal is Plaintiff's Motion to Dismiss her complaint without prejudice. The court has determined that the defendant does not oppose the granting of the motion. Accordingly, it is the RECOMMENDATION of the undersigned that Plaintiff's Motion to Dismiss Without Prejudice be GRANTED. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Clay D. Land, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED,** this 14th day of December 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE