IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| BARBARA A. ZELLARS, | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 3:07-CV-23(CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| | * | |
| Defendant | * | |

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 14, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of February, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE